AO 442 (Rev. 11/11) Arrest Warrant

FILED 10 SEP '24 9:36 USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

United States of America
v.
Jack Schiveley

Case No.  3:24-mj-00195

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Jack Schiveley,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 2251(a) – Sexual Exploitation of Children
18 U.S.C § 2252A(a)(2) – Distribution of Child Pornography

Date:  09/06/2024

*Issuing officer's signature*

City and state:  Portland, Oregon

Stacie Beckerman, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
DATE 9/6/24
ARRESTED BY HSI
U.S. MARSHAL

*Arresting officer's signature*

*Printed name and title*

BY _____